RECEIVED
JUL 15 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-CR-097 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| CHAD ALLEN WILLIAMS, | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 26 U.S.C. § 5822 |
| | ) | T. 26 U.S.C. § 5841 |
| | ) | T. 26 U.S.C. § 5861(d) |
| | ) | T. 26 U.S.C. § 5861(f) |
| | ) | T. 26 U.S.C. § 5871 |
| | ) | T. 26 U.S.C. § 5872 |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Unlawful User in Possession of a Firearm)**

On or about June 18, 2021, in the Southern District of Iowa, Defendant, CHAD ALLEN WILLIAMS, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Ruger, Model P89, nine-millimeter pistol, with serial number 309-37720. At the time of the offense, Defendant knew he was an unlawful user of a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Making a Destructive Device)

On or about June 9, 2021, in the Southern District of Iowa, the defendant, CHAD ALLEN WILLIAMS, knowingly made a firearm, namely a destructive device placed in the street near the 1400 block of SE Waywin Drive, Ankeny, Iowa, not registered to him in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5822, 5861(f), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Possession of an Unregistered Destructive Device)

On or about June 9, 2021, in the Southern District of Iowa, the defendant, CHAD ALLEN WILLIAMS, knowingly possessed a firearm, namely a destructive device placed in the street near the 1400 block of SE Waywin Drive, Ankeny, Iowa, not registered to him in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense[s] alleged in Count[s] 1-3 of this Indictment, the defendant, CHAD ALLEN WILLIAMS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense[s], including, but not limited to, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

                                                               FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Jason T. Griess
Assistant United States Attorney