

# MEMORANDUM
_____

**To:** Stephen H. Locher, U.S. Magistrate Judge

**Cc:** AUSA, Defense Counsel

**From:** Ashley Knight, U.S. Probation Officer

**Re:** Chad Allen Williams, Dkt. #4:21-CR-000097-001

**Date:** July 22, 2021

_____

**BACKGROUND:**

On June 22, 2021, the defendant initially appeared before the Honorable Helen C. Adams. On June 25, 2021, the defendant, through his attorney, filed a motion to waive his detention hearing and consented to detention pending the outcome of his case. On July 21, 2021, defense counsel advised the U.S. Probation Office the defendant was admitted into the Veterans Adminstration (VA) program, located at 3600 39th Street in Des Moines, Iowa.

On July 22, 2021, contact was made with Sara Glenn, an admissions officer for the VA program. Ms. Glenn advised the defendant has been pre-approved for the program, however; a bed date has not be set. Currently, bed dates are being scheduled three weeks out. The VA program is six weeks in length. The facility does not provide long-term housing, so if he completed the program, the defendant would be responsible for finding residency upon release.

The VA is not a locked facility, but there is mental health and substance abuse treatment on-site. It should be noted there is Wi-Fi capability and a computer lab located at the facility. Ms. Glenn advised staff would have no way to monitor the defendant's internet activity. Ms. Glenn confirmed defendants can reside at their facility with location monitoring. It should be noted, at this time, due to health concerns, they are not allowing visitors at their facility, to include U.S. Probation officers.

**RECOMMENDATION:**

Despite the above listed information, the U.S. Probation office continues to recommend the defendant be detained due to danger to the community.