AO 199A     (Rev. 7/19) Order Setting Conditions of Release                                              Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   IOWA

United States of America

v.

Chad Allen Williams

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 4:21-CR-00097-001

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) ⃝ The defendant must not commit any offense in violation of federal, state or local law on release in this case.

(2) ⃝ The defendant must immediately advise the court or the pretrial services office or supervising officer in writing before any change in address and telephone number.

(3) ⃝ The defendant must appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)   U.S. Courthouse
Des Moines, Iowa   on   as directed

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community. IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  )  (4)  The defendant is placed in the custody of:

(Name of person or organization) _____
(Address) _____
(City and State) _____ (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
Custodian or Proxy                                                                     Date

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

(✓) (5)   The defendant must:

(✓) (a)   report to the  Pretrial Services Office , telephone number _____, not later than _____ as directed

N/A (✗) (b)   maintain or actively seek employment.

(  ) (c)   maintain or commence an education program.

(✓) (d)   surrender any passport to: USPO

(✓) (e)   obtain no passport.

(✓) (f)   abide by the following restrictions on personal association, place of abode, or travel: ~~Polk County, Iowa~~ Reside at the VA Hospital residential program in Des Moines + comply with all rules

(✓) (g)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: list provided by government

(✓) (h)   undergo a mental health evaluation and participate in mental health treatment, to include inpatient services, if required, as directed by the supervising officer.

(  ) (i)   maintain residence at a halfway house or community corrections center, as deemed necessary by the U.S. Probation Office. All costs will be paid by the U.S. Probation Office provided the defendant is making satisfactory progress towards goals set by the supervising officer. Within 60 days of the date of this Order, the Court will be provided an update on the defendant's status and progress towards community placement.

(✓) (j)   refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapons.

(✓) (k)   refrain from (✓) any (  ) excessive use of alcohol.

(✓) (l)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use or possession of medical marijuana even with a physician's certification. The defendant is prohibited from using or possessing any synthetic intoxicating substance, including but not limited to "Spice", "K-2" or other forms of synthetic marijuana.

(✓) (m)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(✓) (n)   undergo a substance abuse evaluation and participate in substance abuse treatment, to include inpatient services, if required, as directed by the supervising officer.

(  ) (o)   participate in one of the following location restriction programs and comply with its requirements as directed. (CHECK ONE):

   (i)   (  ) Curfew: You are restricted to your residence every day (  ) from _____ to _____, or (  ) as approved by the probation officer or supervising officer; or

   (ii)  (  ) Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation office or supervising officer; or

   (iii) (  ) Home Incarceration: You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the Court.

(✓) (p)   submit to the following location monitoring technology and comply with all of the program requirements and instructions provided. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of location monitoring. The defendant shall pay all or part of the location monitoring cost as directed by the officer. (CHECK ONE):

   (  ) Technology as directed by USPO

   (  ) Radio Frequency (RF) monitoring

   (✓) Global Positioning Satellite (GPS)

   (  ) Voice Recognition

(✓) (q)   report as soon as possible to the pretrial services office or supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(✓) (r)   permit a Probation Officer to visit him or her at any time at home or other approved residence.

(✓) (s)   Defendant shall not under any circumstances enter the City of Ankeny, Iowa

(✓) (t)   Within 30 days after entering the VA program, defense counsel shall schedule a status hearing with the Court and provide a report from the VA regarding defendant's progress

IT IS FURTHER ORDERED:

Defendant will remain in custody at the Polk County Jail until a bed is available at the VA residential program in Des Moines, Iowa. At that time, USPO will set up location monitoring upon defendant's release from jail.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____                  _____
City and State                                             Telephone

*an available to d*

### Directions to United States Marshal

( )  The defendant is ORDERED released after processing.

(✓)  The United States Marshal is ORDERED to keep the defendant in custody until notified by ~~the clerk or judicial officer~~ USPO that the defendant has ~~posted bond~~ and/or complied with all other conditions for release. ~~The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.~~

Date: _____September 8, 2021_____          _____
                                                 Signature of Judicial Officer

                                                 Helen C. Adams, Chief U.S. Magistrate Judge
                                                 Name and Title of Judicial Officer