IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:21-cr-00097 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD ALLEN WILLIAMS, | ) | DEFENDANT'S MOTION TO |
| | ) | CONTINUE TRIAL |
| Defendant. | ) | |

COMES NOW, the defendant, Chad Allen Williams, through counsel, and hereby moves to continue the trial currently scheduled for November 29, 2021, and the accompanying plea entry deadline. In support of this motion, counsel states:

1. Mr. Williams is charged in an indictment with being an unlawful drug user in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2); making a destructive device, in violation of 26 U.S.C. §§ 5822, 5861(f), and 5871; and possession of an unregistered destructive device, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871. There is also a notice of forfeiture.

2. Mr. Williams is currently participating in the inpatient residential rehabilitation program through the Veterans Administration in Des Moines. Due to COVID-19 protocols, he cannot leave the facility, and is therefore currently unavailable for most types of court proceedings. If he were to leave the facility, he would not be able to return to the program due to the facility's COVID-19 protocols. The parties are engaged in plea negotiations that are likely to resolve the case, but more time is needed to complete those negotiations, put a plea agreement in writing, and for Mr. Williams to become available to sign an agreement and

conduct a hearing after he completes the inpatient VA residential program in the coming weeks. A short continuance to a new trial setting in late January or early February should be sufficient time for Mr. Williams to complete the program, become available to participate in in-person court proceedings, and for the parties to complete plea negotiations and be ready to either enter a guilty plea as contemplated, or proceed to trial in the case if negotiations fail at the last juncture.

3. Counsel for the government, Assistant United States Attorney Jason Griess, does not resist this motion.

4. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes. Mr. Williams understands that a continuance of the trial setting tolls the speedy trial clock, pursuant to the Speedy Trial Act.

5. The defendant is currently residing at the VA residential campus in Des Moines, Iowa. Chief Magistrate Judge Helen Adams is working with the parties to ascertain Mr. Williams' next steps upon graduating the program in the coming weeks.

6. Trial in this matter has previously been continued once prior to Mr. Williams entering the VA program. This is the second motion to continue trial filed in this case.

WHEREFORE, defendant Chad Williams, requests that the Court grant this motion, and continue the current trial date to a date in late January or early February of 2022 that can be accommodated by the Court's trial calendar, and that a corresponding extension of the plea entry deadline be granted.

Respectfully submitted,

/s/ Joseph Herrold
Joseph Herrold
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Theresa McClure