IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:21-cr-097 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S NOTICE OF INTENT |
| CHAD ALLEN WILLIAMS, | ) | TO ENTER GUILTY PLEA |
| | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, Chad Williams, through counsel, in response to the Court's previously entered trial scheduling order, and provides notice of his intent to enter a guilty plea in the case, pursuant to a written plea agreement. In support of this notion, counsel states:

1. Mr. Williams is charged in an indictment with being an unlawful user in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) (count one); making a destructive device, in violation of 26 U.S.C. §§ 5822, 5861(f), and 5871 (count two); and possession of an unregistered destructive device, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871 (count three). The indictment also contains a notice of forfeiture concerning the firearms and ammunition involved in the offense, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

2. Mr. Williams has signed a plea agreement to plead guilty to counts one and two of the indictment and consenting to forfeiture. He is scheduled to formally change his pleas on January 20, 2022, at 2:00 p.m. before United States Magistrate Judge Helen Adams.

3.     The plea entry deadline in the case is July 24, 2022, meaning the guilty pleas will be entered in a timely fashion sufficient for Mr. Williams to earn a reduction for accepting responsibility for his offense under the advisory sentencing guidelines applicable in the case.

WHEREFORE, defendant Chad Williams, provides notice of his intent to enter a guilty plea in the case.

Respectfully submitted,

*/s/ Joseph Herrold*
Joseph Herrold
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

*/s/ Morgan Conn*, Paralegal