



000013





